GREGORY A. ASHE
STEPHANIE LIEBNER
ANGEL E. REYES
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., NW
Washington, DC 20580
Telephone: (202) 326-3719 (Ashe)
Telephone: (202)326-2908 (Liebner)
Telephone: (202) 326-2872 (Reyes)
Facsimile: (202) 326-3768
Email: gashe@ftc.gov, sliebner@ftc.gov, areyes@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>VONAGE HOLDINGS CORP., et al.,<br><br>     Defendants. | Case No. 3:22-cv-6435<br><br>**DESIGNATION OF AGENT FOR SERVICE UNDER LOCAL CIVIL RULE 101.1(f)** |

Pursuant to Local Rule 101.1(f), because the Federal Trade Commission (the "FTC") does not have an office in this district, the United States Attorney for the District of New Jersey is hereby designated as eligible as an alternative to the FTC to receive service of all notices or papers in the captioned action. Therefore, service upon the United States or its authorized designee, Kristin L. Vassallo, Deputy Chief, Civil Division, United States Attorney's Office for the District of New Jersey, 970 Broad Street, Room 700, Newark, NJ 07102 shall constitute Service upon the FTC for purposes of this action.

Dated:  November 3, 2022

Respectfully submitted,

 /s/Gregory A. Ashe
GREGORY A. ASHE
STEPHANIE LIEBNER
ANGEL E. REYES
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., NW
Washington, DC 20580
Telephone: (202) 326-3719 (Ashe)
Telephone: (202)326-2908 (Liebner)
Telephone: (202) 326-2872 (Reyes)
Facsimile: (202) 326-3768
Email: gashe@ftc.gov, sliebner@ftc.gov, areyes@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION